JANUARY 5, 1995

No. 94–1024. HUDDLESTON v. CIGNA INSURANCE CO., FKA INA UNDERWRITERS INSURANCE CO., ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 6, 1995

No. 94–631. MILLER ET AL. v. JOHNSON ET AL.;
No. 94–797. ABRAMS ET AL. v. JOHNSON ET AL.; and
No. 94–929. UNITED STATES v. JOHNSON ET AL. Appeals from D. C. S. D. Ga. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument.

No. 94–431. RYDER v. UNITED STATES. C. A. Armed Forces. Certiorari granted.

No. 94–455. JOHNSON ET AL. v. JONES. C. A. 7th Cir. Certiorari granted.

No. 94–514. UNITED STATES v. GAUDIN. C. A. 9th Cir. Certiorari granted.

No. 94–555. ROCKY MOUNTAIN HOSPITAL & MEDICAL SERVICE v. PHILLIPS. C. A. 10th Cir. Certiorari granted.

No. 94–688. NATIONAL PRIVATE TRUCK COUNCIL, INC., ET AL. v. OKLAHOMA TAX COMMISSION ET AL. Sup. Ct. Okla. Certiorari granted.

No. 94–749. HURLEY ET AL. v. IRISH-AMERICAN GAY, LESBIAN & BISEXUAL GROUP OF BOSTON ET AL. Sup. Jud. Ct. Mass. Certiorari granted.

No. 94–771. OKLAHOMA TAX COMMISSION v. CHICKASAW NATION. C. A. 10th Cir. Certiorari granted.